

**ORDERED in the Southern District of Florida on March 2, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Case No. 18-11459-EPK |
| JEFFREY ANAK SMITH, | Chapter 7 |
| Debtor. | |
| _____/ | |

### ORDER ON MOTION FOR JUDICIAL ASSISTANCE

This matter came before the Court upon the letter construed as a *Motion for Judicial Assistance* [ECF No. 11] (the "Motion") filed by Rosemary R. Bailey (the "Movant").

In the Motion, the Movant indicates that Movant received the *Notice of Chapter 7 Bankruptcy Case* [ECF No. 2] (the "Notice"), that the Movant is a creditor of Jeffrey Anak Smith (the "Debtor"), that the Movant is "totally opposed to allowing [the Debtor] and/or his representatives to be relieved of . . . debt" listed in the Debtor's schedules, and that the Movant is unavailable to attend the section 341 meeting of the creditors currently scheduled for March 5, 2018.

The Movant appears to be a creditor of the Debtor. As provided in the Notice, there appears to be no property available to pay existing creditors. Creditors are therefore

instructed not to file a proof of claim with this Court.  If the chapter 7 trustee determines that property is available to pay existing creditors at the March 5, 2018 section 341 meeting of the creditors, the Clerk of this Court will notify creditors of such determination and the deadline to file a proof of claim.  The Court notes that creditors are permitted but not required to attend the section 341 meeting of the creditors.  The unavailability of a creditor to attend the section 341 meeting of the creditors is not sufficient cause to continue the section 341 meeting of the creditors.

The Court also notes that the Notice provides a deadline to file a complaint with this Court in order to object to the entry of discharge or to challenge whether certain debts are excepted from discharge.  The filing deadline is May 4, 2018.

Having reviewed the Motion, the Court ORDERS and ADJUDGES that to the extent the Motion [ECF No. 11] requests any relief, such relief is DENIED.

###

Copies furnished to:

Rosemary R. Bailey
505 Ponderosa Circle
Midway, Florida 32343

Stuart A Young, Esq.

Deborah Menotte, Trustee

AUST